In the Matter of MARGO A. BUCKLEY, Appellant, against WALTER FASBENDER, et al., Constituting the Town Board of the Town of Huntington, Suffolk County, Respondents.

Submitted July 19, 1949; decided July 19, 1949.

*Richard T. Davis* for motion.
*William E. Buckley* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion on the ground that no substantial constitutional question is involved.